

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-20-00068-CR

James Deangelo **JOHNSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12139A
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's court-appointed counsel filed a motion to dismiss signed by counsel but not by Appellant. We denied the motion for lack of Appellant's signature. On April 27, 2020, counsel filed a "Motion to Extend Filing Deadlines." The record is presently due on May 14, 2020; counsel requested an extension until June 20, 2020.

Counsel's motion is GRANTED. The clerk's and reporter's records are due on June 20, 2020.

We caution counsel that any motion to dismiss this appeal *must* be signed by Appellant and counsel. *See* TEX. R. APP. P. 42.2 (requiring the appellant's signature to authorize a voluntary motion to dismiss); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd) ("The appellant and his or her attorney must sign the written motion to dismiss . . . .").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court